AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Jose Ricardo Esqueda-Pina

**CRIMINAL COMPLAINT**

Case Number: M-19- 911 -M

IAE   YOB: 1967
MEXICO
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 21, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Ricardo Esqueda-Pina was encountered by Border Patrol Agents near Mission, Texas on April 21, 2019. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 21, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 8, 2011 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 15, 2008, the defendant was convicted of Being found in the U.S. after previous deportation and sentenced to forty-six (46) months confinement and two (2) years supervised release term.

Approved AUSA L. Garcia

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant
Julio C. Pena   Senior Patrol Agent

Sworn to before me and subscribed in my presence,
April 22, 2019   4:53 pm

Peter E Ormsby
Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer